IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KEVIN WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 10-3398-CV-S-ODS |
| ) | |
| BRADLEY SMITH, et al., ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING AS MOOT, "KEVIN WARD'S MOTION FOR SUMMARY JUDGMENT IN OPPOSITION TO DEFENDANTS' BRADLEY SMITH AND DUSTIN MERRIETT MOTION FOR SUMMARY JUDGMENT"

Pending before the Court is "Kevin Ward's Motion for Summary Judgment in Opposition to Defendants' Bradley Smith and Dustin Merriett Motion for Summary Judgment." (Doc. # 73). In his motion, Plaintiff Kevin Ward ("Ward") asks the Court to deny Defendant Smith and Merriett's Motion for Summary Judgment (Doc. # 67) because: (1) Ward has not had an opportunity to secure a declaration from a witness; and (2) Ward has not had an opportunity to access discovery. On March 31, 2014, the Court entered an Order and Opinion Denying Defendants Bradley Smith and Dustin Merriett's Motion for Summary Judgment. (Doc. # 155). Accordingly, the Court denies as moot "Kevin Ward's Motion for Summary Judgment in Opposition to Defendants' Bradley Smith and Dustin Merriett."

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 31, 2014        UNITED STATES DISTRICT COURT